# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

STEVEN LAMONT WOMACK                                                          PETITIONER

v.                              NO. 4:06CV00297 SWW/HDY

HONORABLE WILLARD PROCTOR,                                                    RESPONDENTS
HONORABLE LARRY JEGLEY, and
PULASKI COUNTY, ARKANSAS

## FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following findings and recommendation have been sent to United States District Judge Susan Webber Wright. Any party may serve and file written objections to these findings and recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the Office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendation. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite 402
> Little Rock, Arkansas 72201-3325

## DISPOSITION

Pro se petitioner Steven Lamont Womack ("Womack") was previously ordered to file an amended petition for writ of habeas corpus pursuant to 28 U.S.C. 2254. See Document 2. He was given up to, and including, April 24, 2006, to file his amended petition. He was warned that in the event he failed to file an amended petition, the Court would recommend the dismissal of his petition and this proceeding. The record reflects that the envelope containing that order was returned undelivered because Womack had apparently moved, or been moved, from the address at the penal institution he previously provided to the Clerk of the Court. See Document 5.[1] April 24, 2006, has now come and gone. The question for the Court is what should now occur.

Local Rule 5.5(c)(2) requires a pro se litigant to promptly notify the Clerk of the Court and the other parties to the proceeding of a change in his address. Womack has clearly failed to so notify the Clerk of the Court. Notwithstanding that fact, it is hard to imagine a scenario in which he would have received the order directing him to file an amended petition because the envelope containing the order was returned undelivered. The Court has no idea where he might be or what his new address might be. Out of an abundance of caution, and in the hope that he would notify the Clerk of the Court of his new address, the Court did nothing for a period well past the April 24, 2006, deadline.

---

[1] The record also reflects that a prior letter from the Clerk of the Court to Womack was returned undelivered. See Document 4.

To this day, Womack has filed nothing. Given his failure to notify the Clerk of the Court of his new address, and his failure to prosecute this proceeding diligently, the following recommendation is made.

The undersigned recommends that Womack's petition, and this proceeding, be dismissed. Judgment should be entered for respondent Larry Norris.

DATED this __10__ day of May, 2006.

_____
UNITED STATES MAGISTRATE JUDGE