# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

STEVEN LAMONT WOMACK                                                    PETITIONER

v.                          NO. 4:06CV00297 SWW

HONORABLE WILLARD PROCTOR,                                              RESPONDENTS
HONORABLE LARRY JEGLEY, and
PULASKI COUNTY, ARKANSAS

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.[1] The petition for writ of habeas corpus filed by petitioner Steven Lamont Womack, and this proceeding, are dismissed. Judgment will be entered for respondents.

IT IS SO ORDERED this 25th day of May, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] With the exception of Larry Norris who is not a party to this action.