# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

STEVEN LAMONT WOMACK                                           PETITIONER

v.                  NO. 4:06CV00297 SWW

HONORABLE WILLARD PROCTOR,                       RESPONDENTS
HONORABLE LARRY JEGLEY, and
PULASKI COUNTY, ARKANSAS

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondents. The relief requested by petitioner Steven Lamont Womack is denied.

IT IS SO ORDERED this 25th day of May, 2006.

                                               /s/Susan Webber Wright

                                               UNITED STATES DISTRICT JUDGE